UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ DIVISION

IN RE:                              )        CHAPTER
                                    )
                                    )
                                    )
                                    )
DEBTOR                              )        NO.

## STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

(✓) 1)   No assistance was provided.

( ) 2)   Name, address, social security number, and telephone number of person or firm who provided assistance:

_____
_____
_____
_____

3)   Amount paid for same:  $ N/A_____

4)   Method of payment: N/A_____

5)   Balance due, if any:  $_____

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at 10/13/05_____
Executed on _____

                                    _____
                                    Debtor

                                    _____
                                    Joint Debtor

PRO SE