Form 704-15
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                        )
                                              )
GARRETT, CARLA MARIE                          )     Case No. 05-64337 WEA
                                              )
                                              )
         Debtor(s)                            )     Chapter 7
                                              )

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Comes now the undersigned Trustee and states as follows:

I respectfully request trustee compensation in the amount of $499.64, together with the further sum of $40.10 as expenses as hereinafter set out. Previous compensation in the amount of $0.00 with expenses of $0.00 have been allowed. No agreement has been made and no understanding exists, either directly or indirectly, with any person for a division of said trustee's compensation. I certify that sufficient funds exist to pay all administrative expenses.

The maximum compensation permitted by 11 U.S.C. § 326 is calculated upon the following:

| | | |
|---|---|---|
| (1) | Total funds received | $ 1,998.55 |
| (2) | Less Homestead Exemptions paid to debtor | $ 0.00 |
| (3) | Less surplus paid to debtor | $ 0.00 |
| (4) | Less amounts not attributable to the reduction of property of the estate to money | $ 0.00 |
| (5) | Amount on which compensation was calculated | $ 1,998.55 |
| | Expenses already paid (attach itemization) | $ 0.00 |
| | Expenses advanced by trustee (attach itemization) | $ 0.00 |

The balance of funds on hand in the estate may be maintained in an interest bearing account until disbursed. The trustee requests additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set by 11 U.S.C., Section 326(a). The trustee's time sheets are attached.

Respectfully submitted this 20th day of April, 2006.

**/s/William F. Schneider**
William F. Schneider, Chapter 7 Trustee

```
Apr 19/2006                          BELL & SCHNEIDER, PLC                                         Page 1
                                          Client Ledger
                                           ALL DATES
Date         Received From/Paid To    Che#              General             Bld                Trust
     Entry#  Explanation              Rcpt#    Rcpts    Disbs       Fees    Inv# Acc    Rcpts  Disbs    Balance

495    Garrett, Carla
  2571        Trustee Asset Case                                                       8 - William F. Schneider
Dec  5/2005 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87249 Reviewing documents faxed to trustee by
            debtor
Dec  6/2005 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87248 Reviewing additional documents faxed to
            trustee by debtor
Dec  7/2005 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87264 Conducting meeting of creditors and
            filing initial trustee's report
Dec 20/2005 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      87384 Reviewing DMV transcript faxed to
            trustee by debtor
Jan  9/2006 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87265 Reviewing file and letter to debtor re
            failure to exempt pro-rated part of
            2005 state and federal income tax
            refunds
Jan 12/2006 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      87245 Telecon with debtor re homestead deed
Jan 31/2006 Expense Recovery          02168             0.39
      87386 Postage
Jan 31/2006 Expense Recovery          02168             0.30
      87387 Photocopies
Feb  2/2006 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87251 Reviewing file and filing request for
            asset designation
Feb  7/2006 Lawyer: 8  0.30 Hrs X 200.00                            60.00
      87244 Reviewing fax of 2005 federal income
            tax returns; letter to debtor re demand
            for non-exempt part
Feb  9/2006 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      87243 Reviewing fax of 2005 state income tax
            refund
Feb 13/2006 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      87266 Letter to debtor re non-exempt part of
            state income tax refund
Feb 28/2006 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87241 Letter to debtor re demand for
            non-exempt income tax refunds
Mar  8/2006 Lawyer: 8  0.30 Hrs X 200.00                            60.00
      87240 Reviewing 3/6/2006 letter received from
            debtor, depositing funds received and
            drafting confirming letter to debtor
Mar  8/2006 Expense Recovery          02166             0.78
      87267 Postage
Mar  8/2006 Expense Recovery          02166             0.75
      87268 Photocopies
Mar 31/2006 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      86784 Reviewing telephone message re final
            payment of tax refund to trustee
Apr  7/2006 Lawyer: 8  0.30 Hrs X 200.00                            60.00
      87252 Reviewing claims
Apr 10/2006 Lawyer: 8  0.10 Hrs X 200.00                            20.00
      87216 Reviewing 3/31/06 trustee bank account
            statement(s)
Apr 11/2006 Lawyer: 8  0.30 Hrs X 200.00                            60.00
      87253 Additional claim review and telephone
            claim solicitation
Apr 19/2006 Lawyer: 8  0.20 Hrs X 200.00                            40.00
      87377 Reviewing claims; adding late filed
            unsecured claim
Apr 20/2006 Lawyer: 8  1.00 Hrs X 200.00                           200.00
      87378 Reviewing claims (final) and preparing
            Analysis of Claims Register; preparing
            and reviewing Forms 1 and 2; preparing
            Trustee's Final Report, Notice and
            Summary of Final Report, and Proposed
            Distribution; preparing Trustee's
            Application for Compensation
Apr 20/2006 Lawyer: 8  0.00 Hrs X 0.00                               0.00
      87379 Estimated postage mailing bank records
            to U.S. Trustee - $1.00; est. photocopy
            expense for same (9 X $.15) = $1.35;
            est. postage to mail Notice of Proposed
            Distribution, Notice of Trustee's Final
```

| Apr 19/2006 | | | BELL & SCHNEIDER, PLC Client Ledger ALL DATES | | | | | | | Page 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Rcpts | Trust Disbs | Balance |
| | Report and Trustee's Application for Compensation to all parties (32 X $.39) = $12.48; est. photocopy expense for mailing same (128 X $.15) - $19.20 | | | *Postage 14.83* *Photocopies 19.20* | | | | | | |
| Apr 20/2006 87380 | Lawyer: 8  0.20 Hrs X 200.00 Estimated time filing Trustee's Fianl Report, Trustee's Application for Compensation; and Notice of Trustee's Final Report and Application for Compensation after U.S. Trustee's review of same | | | | 40.00 | | | | | |
| Apr 20/2006 87381 | Lawyer: 8  0.20 Hrs X 200.00 Estimated time to prepare and file Notice of Final Order and Trustee's certification of same | | | | 40.00 | | | | | |
| Apr 20/2006 87382 | Lawyer: 8  0.00 Hrs X 0.00 Estimated postage to mail distribution checks to creditors (2 X $.39) - $.78; est.postage to mail final bank records to U.S. Trustee - $1.00; est. postage to serrve final order (3 X $.39) - $1.17; est. photocopy expens for same (6 X $.15) - $.90 | | | *Postage 2.95* *Photocopies .90* | 0.00 | | | | | |

```
                |————— UNBILLED —————|     |—————————— BILLED ——————————|     |——— BALANCES ———|
TOTALS       CHE+      RECOV    FEES+    = TOTAL    DISBS +    FEES +    TAX -    RECEIPTS      = A/R      TRUST
PERIOD       0.00     *40.10*   920.00  *960.10*     0.00       0.00      0.00      0.00         0.00       0.00
END DATE     0.00               920.00                0.00       0.00      0.00      0.00         0.00       0.00

                |————— UNBILLED —————|     |—————————— BILLED ——————————|     |——— BALANCES ———|
FIRM TOTALS  CHE+      RECOV    FEES+    = TOTAL    DISBS +    FEES +    TAX -    RECEIPTS      = A/R      TRUST
PERIOD       0.00               920.00                0.00       0.00      0.00      0.00         0.00       0.00
END DATE     0.00               920.00                0.00       0.00      0.00      0.00         0.00       0.00
```

REPORT SELECTIONS
| | | | |
|---|---|---|---|
| Report: | Client Ledger | | |
| Layout Template: | All | | |
| Requested by: | wfs | | |
| Finished: | Wednesday, April 19, 2006 at 05:37:02 PM | | |
| Date Range: | ALL DATES | | |
| Matters: | 2571 | | |
| Clients: | All | | |
| Major Clients: | All | Firm Totals Only: | No |
| Responsible Lawyer: | All | Entries Shown - Billed Only: | No |
| Client Intro Lawyer: | All | Entries Shown - Disbursements: | Yes |
| Assigned Lawyer: | All | Entries Shown - Receipts: | Yes |
| Type of Law: | All | Entries Shown - Trust: | Yes |
| Sort by Resp Lawyer: | No | Entries Shown - Time or Fees: | Yes |
| New Page for Each Lawyer: | No | Working Lawyer: | No |
| New Page for Each Matter: | No | Incl. Matters with Retainer Bal: | No |
| Totals Only: | No | Incl. Matters with Neg Unbld Disb: | No |
| Consolidate Payments: | No | Show Interest: | No |
| No Activity Date: | Dec 31/2199 | Trust Account: | All |
| Select From: | Active, Inactive Matters | | |
| Include Corrected Entries: | No | Show Client Address: | No |
| Ver: | 6.60e | | |